USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

     v.

THE YOUNG MEN'S CHRISTIAN
ASSOCIATION OF GREATER NEW YORK,

                Defendant.
------------------------------------------------------- x

ECF Case

07 Civ. 5525

JUDGMENT

#07, 1157

     WHEREAS, by Stipulation and Order of Settlement and Dismissal dated June 12, 2007 (the "Stipulation and Order"), the parties to the above-captioned matter agreed to a full and final compromise and resolution of this action, including, inter alia, the entry of judgment against defendant the Young Men's Christian Association of Greater New York (the "YMCA"), in favor of plaintiff the United States of America (the "United States"), in full compromise and satisfaction of the allegations set forth in the Complaint of the United States, for the sum of five hundred thirty-four thousand dollars ($534,000.00) (the "Settlement Amount"); and

     WHEREAS, the parties further agreed that the Settlement Amount shall constitute a debt due and owing upon entry of the Stipulation and Order by the Court and is to be discharged by payment to the United States under the terms and conditions as specified in the Stipulation and Order;

     NOW, THEREFORE, IT IS ORDERED and ADJUDGED: That judgment is entered against defendant the YMCA in favor of the United States in the sum of five hundred thirty-four thousand dollars ($534,000.00), to be paid in accord with the terms of

the Stipulation and Order, and, accordingly, the above-entitled action is closed and

removed from the Court's active docket.

Dated: New York, New York
       June 12, 2007

SO ORDERED:

UNITED STATES DISTRICT JUDGE
(Part I)

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____